IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| **PATRICK HANSON,**<br><br>　　　　　　**Plaintiff,**<br><br>　vs.<br><br>**KILOLO KIJAKAZI, Acting Commissioner of Social Security;**<br><br>　　　　　　**Defendant.** | **4:23CV3222**<br><br>**ORDER** |

　　　　Plaintiff has filed an application to proceed with this litigation without prepaying fees or costs. (Filing No. 2). The information contained in Plaintiff's affidavit demonstrates that Plaintiff is eligible to proceed in forma pauperis.  Accordingly,

　　**IT IS ORDERED**:

1. Plaintiff's Motion for Leave to Proceed in Forma Pauperis (Filing No. 2) is granted. Plaintiff may proceed in this matter without prepaying fees or costs.
2. This order is entered without prejudice to the court later entering an order taxing costs in this case. No one, including the plaintiff, is relieved by this order from the obligation to pay or to reimburse taxable costs after this action is over.

　Dated this 22nd day of November, 2023.

　　　　　　　　　　　　　　　　　　　　　　BY THE COURT:

　　　　　　　　　　　　　　　　　　　　　　s/Michael D. Nelson
　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge