## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| **PATRICK HANSON,** | |
| **Plaintiff,** | **4:23CV3222** |
| **vs.** | |
| **MARTIN O'MALLEY, Commission of Social Security;** | **ORDER** |
| **Defendant.** | |

This matter is before the Court[1] on the Unopposed Motion to Reverse and Remand pursuant to Sentence Four of 42 U.S.C. § 405(g) (Filing No. 19) filed by the defendant, Martin O'Malley, Commissioner of Social Security ("Commissioner"). The Commissioner asks the Court to issue an order (1) reversing the final decision denying plaintiff Patrick Hanson's claim for disability insurance benefits and supplemental security income benefits under Titles II and XVI of the Social Security Act ("Act"), 42 U.S.C. § 401 et seq., and (2) remanding this case for further administrative proceedings pursuant to sentence four of 42 U.S.C. § 405(g)[2] and *Melkonyan v. Sullivan*, 501 U.S. 89, 98 (1991). Plaintiff does not oppose the motion to remand. After careful review, the Court finds the Commissioner's unopposed motion should be granted. Accordingly,

**IT IS ORDERED**:

1.  The Commissioner's Unopposed Motion to Reverse and Remand pursuant to Sentence Four of 42 U.S.C. § 405(g) (Filing No. 19) is granted.

2.  The Commissioner's final decision is reversed, and this case is remanded for further administrative proceedings.

---

[1] The parties consented to the final disposition of this case by the undersigned magistrate judge pursuant to 28 U.S.C. § 636(c)(1). (Filing No. 13).

[2] Sentence four provides that "[t]he court shall have the power to enter, upon the pleadings and transcript of the record, a judgment affirming, modifying, or reversing the decision of the Commissioner of Social Security, with or without remanding the cause for a rehearing." *Id.*

3.     Plaintiff's Motion for an Order Reversing the Commissioner's Decision (Filing No. 16) is denied as moot.

4.     A separate judgment will issue.

Dated this 18th day of June, 2024.

BY THE COURT:

United States Magistrate Judge