## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

**PATRICK HANSON,**

        **Plaintiff,**

    **vs.**

**MARTIN O'MALLEY, Commissioner of Social Security;**

        **Defendant.**

**4:23CV3222**

**JUDGMENT**

Pursuant to the Order entered today, judgment is entered in favor of plaintiff Patrick Hanson and against defendant Martin O'Malley, Commissioner of Social Security, in the amount of $3,912.00 in attorney fees.

Dated this 2nd day of October, 2024.

BY THE COURT:

United States Magistrate Judge